**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**RODERICK JACKSON**                                                                 **PLAINTIFF**

**V.**                                          **CASE NO. 5:24-CV-5014**

**WALMART, INC.**                                                                **DEFENDANT**

**ORDER**

Now before the Court is the Report and Recommendation ("R&R") (Doc. 12) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  On April 8, 2024, Plaintiff filed an Objection to the R&R (Doc. 13). Having reviewed the Objection, the Court finds it does not engage with the reasoning in the R&R in any respect. Plaintiff simply states that he is "having a hard time finding the law to use" to support his claims. *Id.* The Court need not consider the Objection, but to the extent a ruling is required, the Objection is **OVERRULED**.

The Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the Amended Complaint is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2) and for lack of jurisdiction.  To the extent any state law claims are also stated, the Court **DECLINES TO EXERCISE** supplemental jurisdiction under 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED** on this 16th day of April, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE